Submitted on record and briefs April 7, affirmed July 12, 2000

WILLIAM J. RUCKMAN,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-03-29604-M; CA A104398)

7 P3d 735

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kathleen Cegla, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *Bacote v. Johnson,* 169 Or App 44, 7 P3d 729 (2000).

Wollheim, J., dissenting.

**WOLLHEIM, J.,** dissenting.

I dissent for the reasons stated in my dissent in *Bacote v. Johnson*, 169 Or App 44, 7 P3d 729 (2000) (Wollheim, J., dissenting). *See also Antunez v. Lampert*, 169 Or App 196, 7 P3d 735 (2000) (Wollheim, J., concurring).